IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Rita Saldanha, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:07-4001-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Pediatrix Medical Group of South | ) | |
| Carolina, P.A., a wholly owned subsidiary | ) | |
| of Pediatrix Medical Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Dr. Rita Saldanha's ("Dr. Saldanha") motion to stay. On October 2, 2008, this court granted Dr. Saldanha's motion to compel arbitration finding that all issues were arbitrable. Accordingly, because all issues in this case are arbitrable, the court dismisses this case. See Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc., 252 F.3d 707, 709-10 (4th Cir. 2001) ("[D]ismissal is a proper remedy when all of the issues presented in a lawsuit are arbitrable."). Hence, the motion to stay is dismissed as moot.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
November 25, 2008